THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM STONE, Appellant.— All concur. (Appeal from an order of Erie County Court dismissing petitioner's writ of error *coram nobis*.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN SCANLAN, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— All concur. (Appeal from an order of Wyoming County Court dismissing a writ of habeas corpus and remanding relator to the custody of the Warden of Attica Prison.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

In the Matter of the Accounting of AGNES M. GILLIES et al., as Trustees under the Will of GEORGE J. GILLIES, Deceased, Respondents. BRUCE G. GILLIES, Appellant.— All concur. (Appeal from part of an order of Monroe Surrogate's Court, granting a motion by the trustee trust company to dismiss an objection to the account of the trustee.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ. [See 1 A D 2d 796.]

4

In the Matter of the Estate of ALEXANDRA NOWAKOWSKI, Deceased. LOUIS SZCZUKOWSKI et al., as Executors of ALEXANDRA NOWAKOWSKI, Deceased, Respondents; FELIX NOWAKOWSKI, Appellant.— Present — Vaughan, J. P., Kimball, Wheeler and Van Duser, JJ. [See *ante*, p. 951.]

In the Matter of the BAR ASSOCIATION OF NORTHERN CHAUTAUQUA, INC.— Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

PETER P. GURSKY, Plaintiff, v. DOMINICK TASSONE et al., Defendants.— Appeal dismissed, without costs, upon stipulation.

EDWARD A. PIJANOWSKI, Appellant, v. JOHN J. JABLONSKI et al., Individually and as Officers of the Citizens' Party of Sloan, et al., Respondents.— Appeal dismissed, without costs, upon stipulation.

EDWARD WOJTOWICZ, as Administrator of the Estate of CATHERINE WOJTOWICZ, Deceased, Plaintiff, v. ROLAND THOMAS, Defendant.— Appeal dismissed, without costs, upon stipulation.